FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2012 SEP 20 AM 10: 15

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL

UNITED STATES OF AMERICA

v.  Case No. 3:12-cr-115-J-20JBT

MICHAEL ROBERTO PARALES
_____/

## ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING

The Court adopts the Report and Recommendation Concerning Plea of Guilty entered by United States Magistrate Joel B. Toomey (Doc. No. 17) filed September 13, 2012, to which the parties waived the fourteen (14) day objection period, and accepts the Defendant's plea of guilty to Count(s) One of the Indictment, and the Defendant is adjudged guilty of such offenses. In accordance with United States v. Hyde, 520 U.S. 670 (1997), the Court defers consideration of accepting the plea agreement until the Pre-Sentence Report is completed.

SENTENCING is hereby scheduled for Wednesday, December 12, 2012, at 1:30 p.m., before the Honorable Harvey E. Schlesinger, United States District Judge, in Courtroom 10C, 10th Floor, United States Courthouse, 300 North Hogan Street, Jacksonville, Florida.

IF THE PARTIES WANT THE COURT TO CONSIDER ANY WRITTEN MATERIAL OTHER THAN THE PRE-SENTENCE INVESTIGATION REPORT, IT MUST BE SUBMITTED NO LATER THAN TEN (10) DAYS PRIOR TO THE DATE FOR SENTENCING.

DONE AND ORDERED at Jacksonville, Florida, this 19th day of September, 2012.

HARVEY E. SCHLESINGER
United States District Judge

Copy to: Arnold Corsmeier, Esq.
David Makofka, Esq.
U.S. Marshal
U.S. Probation